Cassandra A. AUGUSTINE, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 04–3162.

United States Court of Appeals, Federal Circuit.

DECIDED: April 14, 2004.

Michael J. Kator, Principal Attorney, Washington, DC, for Petitioner.

Kent G. Huntington, Principal Attorney, Kathryn A. Bleecker, of Counsel, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

PARKER BEACH RESTORATION, INC., and Wallace J. Hilliard, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5057.

United States Court of Appeals, Federal Circuit.

DECIDED: April 15, 2004.

Lance D. Reich, Principal Attorney, Arnall, Golden, Atlanta, GA, for Plaintiffs–Appellants.

Scott David Bolden, Principal Attorney, John J. Fargo, of Counsel, Washington, DC, for Defendant–Appellee.

ORDER

The appellant having failed to pay the balance of the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.